```
                      UNITED STATES DISTRICT COURT

                     CENTRAL DISTRICT OF CALIFORNIA

                             WESTERN DIVISION
```

RORY CARAWAY,                          )
                                       )
          Petitioner,                  ) Case No. CV 10-4319 JFW (AJW)
                                       )
     v.                                )
                                       ) ORDER ACCEPTING REPORT AND
DANIEL PARAMO, WARDEN,                 ) RECOMMENDATION OF
                                       ) MAGISTRATE JUDGE
          Respondent.                  )
_____)

   Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report").  No objections to the Report have been filed within the time allowed.  The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

   DATED:  July 25, 2012

                                          _____
                                          John F. Walter
                                          United States District Judge