JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **RORY CARAWAY,** | ) | Case No. CV 10-4319-JFW(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **DANIEL PARAMO, Warden,** | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: July 25, 2012

_____
John F. Walter
United States District Judge